UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID CHANG,

                      Plaintiff,

        -against-

CHARLES KOO,

                      Defendant.
------------------------------------------------------------------X

Case No. 06 CV 4847 (SHS)
ECF CASE

**NOTICE OF REMOVAL AND DEMAND FOR TRIAL BY JURY**

      Defendant Charles Koo, by his attorneys Mulholland & Knapp LLP, hereby removes the above-captioned matter, pursuant to 28 U.S.C § 1332(a)(2), 28 U.S.C. § 1441, FRCP 81(c) and Rule 81.1 of the Local Rules of the United States District Court for the Southern District of New York (the "Local Rules"), from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York. A copy of plaintiff's May 24, 2006 Summons and Motion for Summary Judgment in Lieu of Complaint, the only papers served to date on defendant in the state court action, is annexed hereto as Exhibit A.

      In support of the removal, Charles Koo, states as follows:

**Timing of Notice**

      1.    On May 24, 2006, the plaintiff filed the annexed Summons and Motion for Summary Judgment in Lieu of Complaint in the Supreme Court of the State of New York, County of New York, Index No. 601847/2006. Charles Koo is the only defendant named in the Summons and Motion.

      2.    A copy of the Summons and Motion was personally served upon Charles Koo in Alpine, New Jersey on or about May 30, 2006.

      3.    This Notice is being filed within thirty days of the date on which Charles Koo

received, through service or otherwise, a copy of the Summons and Motion. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

4.   A copy of this Notice will be served on counsel for plaintiff and filed with the Clerk of the Supreme Court of the State of New York, New York County, in accordance with 28 U.S.C. §1446(d).

## Alienage Jurisdiction

5.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2), which confers jurisdiction on this Court in civil actions between "citizens of a State and citizens or subjects of a foreign state" where the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.   Venue is proper under 28 U.S.C. § 1441(a), which provides for removal to the district court of the United States for the district and division embracing the place where the action is pending.

7.   Upon information and belief, complete diversity of citizenship exists as between the plaintiff and defendant.

8.   Plaintiff David Chang is on information and belief a resident of the state of New York and is a citizen of the United States of America.

9.   The only address for plaintiff David Chang known to defendant is c/o Robert J. Costello, Esq., Levy, Tollman & Costello, LLP, 630 Third Avenue, New York, NY 10017. Defendant hereby requests that plaintiff's counsel supply defendant's counsel with any different actual address for Chang, which defendant will then file with the Court in accordance with Local Rule 81.1.

10.   Defendant Charles Koo is a resident of the state of New Jersey and is a citizen of

the Republic of Korea. Koo's address is 36 Robin Lane, Alpine, New Jersey 07632.

11. The amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs. The Motion demands "entry of judgment for the plaintiff and against the defendant in the amount of $500,000.00 with interest from July, 2003."

**WHEREFORE**, defendant Charles Koo respectfully notifies this Court that, pursuant to 28 U.S.C. § 1332(a)(2), 28 US.C § 1441, FRCP 81(c) and Rule 81.1 of the Local Rules, defendant has removed the above action from the Supreme Court of the State of New York, New York County, to this Court.

Dated: New York, New York
June 23, 2006

        Respectfully submitted,

        MULHOLLAND & KNAPP LLP

        */s/ Robert P. Knapp*

        By: Robert P. Knapp III (RK-2575)
        A member of the firm
        Attorneys for Defendant
        641 Lexington Avenue, 20th Floor
        New York, New York 10022-4503
        (212) 702-9027

TO:    Robert J. Costello, Esq.
        LEVY, TOLLMAN & COSTELLO, LLP
        630 Third Avenue
        New York, NY 10017
        (212) 949-8770

        Clerk of Court
        Supreme Court of the State of New York
        County of New York
        60 Centre Street
        New York, NY 10007