UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/06

--------------------------------------------------------------x

DAVID CHANG,                             :        06 Civ. 4847 (SHS)

                    Plaintiff,           :

      -against-                          :        ORDER

CHARLES KOO,                             :

                    Defendant.           :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties

present,

        IT IS HEREBY ORDERED that:

        1.      Plaintiff shall file his amended complaint on or before September 22,

2006; and

        2.      For the reasons set forth on the record, plaintiff David Chang's

motion to remand this action to Supreme Court, New York County (document no. 4) and

defendant Charles Koo's motion to transfer this action to the District of New Jersey

pursuant to 28 U.S.C. § 1404a (document no. 11) are both denied.

Dated: New York, New York
       September 18, 2006

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.